# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1466
_____

BRANDEN J. BAILEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


June 20, 2018


PER CURIAM.

The petition for writ of certiorari is dismissed for lack of jurisdiction. *See Landmark at Crescent Ridge LP v. Everest Fin., Inc.,* 219 So. 3d 218, 219 (Fla. 1st DCA 2017) (explaining that where the threshold requirement of irreparable harm is not established, the petition for writ of certiorari must be dismissed).

WOLF, JAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Branden J. Bailey, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

2